IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| HECTOR LARA, ID # 1520591, ) | |
|     Petitioner, ) | |
| vs. ) | No. 3:17-CV-3379-N (BH) |
| ) | |
| THE STATE OF TEXAS, ) | Referred to U.S. Magistrate Judge |
|     Respondent. ) | |

## ORDER ACCEPTING FINDINGS AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

After reviewing all relevant matters of record in this case, including the Findings, Conclusions, and Recommendation of the United States Magistrate Judge and any objections thereto, in accordance with 28 U.S.C. § 636(b)(1), the Court is of the opinion that the Findings and Conclusions of the Magistrate Judge are correct and they are accepted as the Findings and Conclusions of the Court.

For the reasons stated in the Findings, Conclusions, and Recommendation of the United States Magistrate Judge, the case will be dismissed by separate judgment for failure to prosecute or follow court orders.

SIGNED this 23rd day of March, 2018.

_____
UNITED STATES DISTRICT JUDGE